ACCEPTED
03-14-00239-CV
4535113
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 4:03:07 PM
JEFFREY D. KYLE
CLERK



# LEICHTER
## LAW FIRM PC

Louis Leichter
Dan Lype
Darrin Dest

Andre D'Souza
Rodney Montes

Robert Simpson
*Of Counsel*
Susan Tate
*Of Counsel*

March 17, 2015

Delivered by Electronic Filing

Jeffrey D. Kyle
Clerk
Texas Court of Civil Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

FILED
*March 17, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RE:     Court of Appeals Number:     03-14-00239-CV
        Trial Court Case Number:      D-1-GN-13-003617

Style:   Dr. Amber Brooks, D.C.
         v. Texas Medical Board and, in their official capacities only, Mari Robinson,
         Executive Director; Irvin Zeitler, Jr., D.O., Chair of the Disciplinary Panel; and
         Paulette Southard, Member of the Disciplinary Panel

Dear: Mr. Kyle:

In response to your letter dated March 12, 2015, please take notice that Appellant intends to argue this case before the Court on April 22, 2015 at 9:00 AM.

Thank you very much for your services.

Sincerely,

Leichter Law Firm, PC

By: _____
 Robert D. Simpson, Of Counsel
 (Electronically Signed)